IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00745-WYD-KLM

ALEXANDER PRICE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

1ST RATE ENERGY SERVICES, INC. and
TANDEM PROFESSIONAL EMPLOYER SERVICES, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Leave to File First Amended Complaint** [#30][1] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added."  The Motion is subject to denial on this basis alone.  Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's First Amended Collective Action Complaint [#30-1] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Plaintiff shall file the notice and exhibit described in D.C.COLO.LCivR 15.1(a) on or before **October 26, 2015**.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the First Amended Collective Action Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

    Dated:  October 21, 2015

---

[1] "[#30]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.